UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DELORES PARR,

    Plaintiff,

vs.                                           Case No: 11-C-0648

AMERICAN TRANSMISSION COMPANY,

    Defendant.

## STIPULATION FOR DISMISSAL OF ALL CLAIMS

The parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims and causes of action may be dismissed upon the merits, based upon settlement, with prejudice and without costs to either party.

Dated this ____ day of December, 2012.

| | |
|---|---|
| s/ Brenda Lewison, Esq. | s/ Jill Pedigo Hall, Esq. |
| Brenda Lewison, Esq. | Emery K. Harlan |
| State Bar No. 1025079 | State Bar No. 1000240 |
| *lewisonlaw@yahoo.com* | *emery_harlan@gshllp.com* |
| Arthur Heitzer, Esq. | Jill Pedigo Hall, Esq. |
| State Bar No. 1015006 | State Bar No. 1016860 |
| *heitzerlaw@earthlink.net* | *jill_hall@gshllp.com* |
| Law Office of Arthur Heitzer | Matthew J. Feery, Esq. |
| 633 West Wisconsin Avenue, Suite 1410 | State Bar No. 1066354 |
| Milwaukee, WI 53203 | *matthew_feery@gshllp.com* |
| Phone: (414) 273-1040 | Gonzalez Saggio & Harlan LLP |
| Fax: (414) 273-4859 | 1111 East Wisconsin Avenue, Suite 1000 |
| **Attorneys for Plaintiff** | Milwaukee, WI 53202 |
| | Phone: (414) 277-8500 |
| | Fax: (414) 277-8521 |
| | **Attorneys for Defendant** |